# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PAUL M. COUGHLIN, JR., | ) |
|       PLAINTIFF | ) |
| v. | )    CIVIL NO. 2:17-CV-470-DBH |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|       DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION TO STAY

No action is necessary on the defendant's motion to stay because Fed. R. Civ. P. 12(a)(4)(A) automatically extends the time to file a responsive pleading.

**SO ORDERED.**

**DATED THIS 9TH DAY OF JULY, 2018**

                                              /S/ D. BROCK HORNBY
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**